■ In the Matter of DANIEL SILVERA, Petitioner, v NORMAN JANOWITZ et al., Respondents. [978 NYS2d 698]—

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Mastro, J.P., Lott, Sgroi and Miller, JJ., concur.